UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

DANIEL MARCHESANI, on behalf of himself and all others similarly situated,

                      Plaintiffs,

    - against -

AB CAR RENTAL SERVICES, INC. d/b/a Avis Budget Group,

                      Defendant.

------------------------------------------------------------------------- X

No. 22 Civ. 1242 (MAD)(CHF)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PER FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Daniel Marchesani and Defendant AB Car Rental Services, Inc. d/b/a Avis Budget Group stipulate and agree to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 23, 2023

By: _/s/ Michael Palitz_  
Michael Palitz  
Shavitz Law Group, P.A.  
477 Madison Avenue, 6th Floor  
New York, NY 10022  
Tel: (561) 447-8888  
Fax: (561) 447-8831  
mpalitz@shavitzlaw.com  

*Attorneys for Plaintiff*

By: _/s/ A. Michael Weber_  
A. Michael Weber  
James F. Horton  
LITTLER MENDELSON, P.C.  
900 Third Avenue, 8th Floor  
New York, NY 10022-3298  
(212) 583-9600  
mweber@littler.com  
jfhorton@littler.com  

*Attorneys for Defendant*  
*AB CAR RENTAL SERVICES, INC.*

IT IS SO ORDERED:

____/s/ Mae A. D'Agostino____  
Mae A. D'Agostino  
U.S. District Judge

Dated: __August 23, 2023__  
       Albany, NY